UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  2:19-CV-14058-ROSENBERG/MAYNARD

RONDA REDFIELD,

    Plaintiff,

v.

SEQUIUM ASSET SOLUTIONS, LLC,
*a Georgia Limited Liability Company*,

    Defendant.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice at docket entry 10.  In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED** that:

1. Pursuant to the parties' request, the Court retains jurisdiction to enforce the terms of the Settlement Agreement for a period of six months from the date of the Joint Stipulation.

2. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**.

3. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 23rd day of July, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record